No. 48146.—Protests 810327–G, etc., of Ernest E. Marks Co. (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question consists of Norgine F the same in all material respects as that passed upon in *United States* v. *Betz* (30 C. C. P. A. 16, C. A. D. 208), which case was incorporated herein, wherein it was held that the merchandise was not seaweeds, manufactured, but rather a manufacture of seaweeds. Since there is no provision in the Tariff Act of 1930 for a manufacture of seaweeds, the court held the merchandise in the incorporated case dutiable as a nonenumerated manufactured article at 20 percent ad valorem under paragraph 1558. On the stipulated facts the protests herein were accordingly sustained to that extent.

BEFORE THE THIRD DIVISION, MARCH 26, 1943

No. 48147.—Petition 6283–R of Herzig & Hart, Inc. (New York).

Opinion by KEEFE, J. At the trial the record before the single judge, sitting in reappraisement, was admitted in evidence. The president of the importing firm herein testified that he had consulted with other buyers of furs in New York and had instructed his brokers to consult with the appraiser before entering the merchandise and he had no cause to believe that the entered prices were lower than the value of the merchandise, had never misrepresented or concealed any of the facts, and had no intention of defrauding the revenue. On the record presented the court was of the opinion that the petitioner in making entry acted in good faith and that a full and candid disclosure was made of all the facts in his possession concerning the value of the merchandise at the time of entry. The petition was therefore granted.

BEFORE THE SECOND DIVISION, MARCH 27, 1943

No. 48148.—Protests 9453–K, etc., of Adolphe Hurst & Co., Inc., et al. (New York).

Opinion by TILSON, J. It was stipulated that certain of the items consist of hemp hats similar to those involved in *United States* v. *Armand Schwab* (30. C. C. P. A. 72, C. A. D. 218) and other items consist of knotted hemp hats similar to those involved in Abstract 46497. In accordance therewith the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to those items.

No. 48149.—Protests 40376–K, etc., of Aron Novelty Corp. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the protests were sustained as to this item.